## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 FEB -4 AM 9: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>TONATIUH PEDRO ORTIZ (1),<br><br>                    Defendant. | CASE NO. 10CR5145-BEN<br><br><br>**JUDGMENT OF DISMISSAL** |

          IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

\_\_\_\_     an indictment has been filed in another case against the defendant and
         the Court has granted the motion of the Government for dismissal of
         this case, without prejudice; or

\_\_\_\_     the Court has dismissed the case for unnecessary delay; or

\_X\_\_     the Court has granted the motion of the Government for dismissal; or

\_\_\_\_     the Court has granted the motion of the defendant for a judgment of
         acquittal; or

\_\_\_\_     a jury has been waived, and the Court has found the defendant not
         guilty; or

\_\_\_\_     the jury has returned its verdict, finding the defendant not guilty;

\_X\_\_     of the offense(s) of the Indictment: **TITLE 8 U.S.C. §1326(a)**.

          IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


DATED: FEBRUARY 4, 2011


                                        HON. ROGER T. BENITEZ
                                        UNITED STATES DISTRICT JUDGE